

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2017

No. 04-16-00740-CR

Fernando **CANO-GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2016CR000427 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is Granted. The appellant's brief is due on April 3, 2017. NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT EXTRAORDINARY CIRCUMSTANCES.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2017.

_____
Keith E. Hottle
Clerk of Court